IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD F. HALL, and MARY ANN )
HALL, et al., )
 )
    Plaintiffs )
 )
vs. ) Civil Action No. 94-951
 )
BABCOCK & WILCOX COMPANY, et al., )
 )
    Defendants. )

AMBROSE, Chief District Judge

## MEMORANDUM OPINION

On November 27, 2007, Plaintiffs' filed an Objection to Special Master's November 23, 2007, Order Prohibiting Depositions. (Docket No. 742). Defendants filed a Joint Response to the same. (Docket No. 746). I have considered the same and I am not persuaded by Plaintiffs' argument.

THEREFORE, this _____6th_____ day of December, Plaintiffs' Objection to Special Master's November 23, 2007, Order Prohibiting Depositions (Docket No. 742) are overruled.

BY THE COURT:

*Donetta W. Ambrose*
DONETTA W. AMBROSE
Chief U.S. District Judge