IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONALD F. HALL, and MARY ANN )
HALL, et al., )
)
    Plaintiffs )
)
vs. ) Civil Action No. 94-951
)
BABCOCK & WILCOX COMPANY, et al., )
)
    Defendants. )

AMBROSE, Chief District Judge

## MEMORANDUM OPINION

On November 29, 2007, Plaintiffs' filed an Objection to Special Master's November 28, 2007, Order Prohibiting Denying as Moot Plaintiffs' Motion to Amend or Clarify the Case Management Order. (Docket No. 744). Defendants filed a Joint Response to the same. (Docket No. 747). I have considered the same *de novo* and I am not persuaded by Plaintiffs' argument.

THEREFORE, this 6th day of December, Plaintiffs' Objection to Special Master's November 28, 2007, Order Denying as Moot Plaintiffs' Motion to Amend or Clarify the Case Management Order (Docket No. 744) is overruled.

BY THE COURT:

*Donetta W. Ambrose*
DONETTA W. AMBROSE
Chief U.S. District Judge