IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD HALL, et al., <br> (specifically, SHARON HUDZICK, <br> parent and natural guardian of <br> MARIAH HUDZICK, a minor), <br> <br> Plaintiff, <br> <br> vs. <br> <br> BABCOCK & WILCOX, et al., <br> <br> Defendants. | Civil Action No. 94-0951 <br> <br> JUDGE DONETTA W. AMBROSE |

## ORDER OF COURT

AND NOW, to-wit, this __8th__ day of __Jan.__ __2010__, it is hereby **ORDERED AND DECREED** that the sum of $1,815.78, plus any associated expense for early withdrawal, be withdrawn by Sharon Hudzick, parent and natural guardian of Mariah Hudzick, a minor, from S&T Bank, Certificate no. 5001418184. Said sum of $1,815.78 shall be made payable to Roomful Express for the express purpose of purchasing a six piece Roomful package (I.D. #695806783).

BY THE COURT:

_Donetta W. Ambrose_ (J)